UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 18 2023

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. 4:07-cr-0028-01 |
| | § |
| SERGIO ARTURO GONZALEZ-WONG | § |
| | § |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT AGAINST SERGIO ARTURO GONZALEZ-WONG

The United States of America ("government") files this motion to dismiss the indictment against Sergio Arturo Gonzalez-Wong:

On February 1, 2007, a grand jury returned an indictment charging Sergio Arturo Gonzalez-Wong that charged conspiracy to possess with intent to distribute a controlled substance and laundering monetary instruments.

Since the return of the indictment, the defendant has been a fugitive.

The government no longer wishes to prosecute the case against the defendant. The FBI has not been able to locate the fugitive and necessary witnesses are no longer available to aid in prosecution of the case. Consequently, the government requests that the Court dismiss the indictment against Sergio Arturo Gonzalez-Wong.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

JOHN JOCHER
Assistant United States Attorney
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9450 (direct)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 4:07-cr-0028-01 |
| SERGIO ARTURO GONZALEZ-WONG | § § § | |

**ORDER DISMISSING INDICTMENT AGAINST**
**SERGIO ARTURO GONZALEZ-WONG**

On this day, the Court considered the government's motion to dismiss the indictment against Sergio Arturo Gonzalez-Wong and GRANTS said motion.

IT IS THEREFORE ORDERED THAT the indictment against Sergio Arturo Gonzalez-Wong is dismissed.

Signed on May _____, 2023 at Houston, Texas.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE